[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 12-16562
Non-Argument Calendar
_____

D.C. Docket No. 9:10-cr-80156-DTKH-5

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

SAMUEL TURNER,
a.k.a. Jab,
a.k.a. Jabba Jaw,
a.k.a. Big Man,

Defendant-Appellant.

_____

No. 12-16563
Non-Argument Calendar
_____

D.C. Docket No. 9:11-cr-80097-DTKH-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

SAMUEL LEE TURNER,

Defendant-Appellant.

_____

Appeals from the United States District Court
for the Southern District of Florida
_____

(February 19, 2014)

Before TJOFLAT, MARTIN and JORDAN, Circuit Judges

PER CURIAM:

Peter T. Patanzo, appointed counsel for Samuel Turner in these direct criminal appeals, has moved to withdraw from further representation of the appellant and filed a brief pursuant to Anders v. California, 386 U.S. 738, 87 S. Ct. 1396 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Turner's convictions and sentences are **AFFIRMED**.